# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMONI JOHNSON, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:15-CV-1232 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| SERGEANT MICHAEL ROSKOSCI, | : | |
|     Defendant | : | |
| | : | |

## ORDER

**AND NOW, THIS 12TH DAY OF JANUARY, 2016**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for default judgment, (Doc. 11), is **DENIED**.

2. Defendant's motion to vacate entry of default, (Doc. 15), is **GRANTED**.

3. The Clerk of Court's entry of default, (Doc. 13), is **VACATED**.

4. Defendant shall file a responsive pleading within fourteen (14) days of the date of this Order.

                                                   /s/ William J. Nealon
                                                 **United States District Judge**