IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARMONI MASUD JOHNSON,

    Plaintiff

v.    3:15-CV-1232
    (JUDGE MARIANI)

SERGEANT MICHAEL ROSKOSCI,

    Defendant

## ORDER

AND NOW, THIS 26th DAY OF SEPTEMBER, 2018, for the reasons set forth in the accompanying memorandum opinion, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 52), Plaintiff's Objections thereto (Doc. 57), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 52) is **ADOPTED** for the reasons set forth therein.
2. Plaintiff's Objections (Doc. 57) are **OVERRULED**.
3. Defendant Roskosci's Motion for Summary Judgment (Doc. 46) is **GRANTED**.
4. Plaintiff Johnson's "Request[s] for Summary Judgment" (Docs. 49, 50), to the extent that they can be characterized as motions, are **DENIED**.
5. Judgment is entered **IN FAVOR OF** Defendant Michael Roskosci and **AGAINST** Plaintiff Armoni Johnson.
6. The Clerk of Court is directed to **CLOSE** the action.

Robert D. Mariani
United States District Judge