IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARMONI MASUD JOHNSON,

    Plaintiff,

v.      3:15-CV-1232
    (JUDGE MARIANI)

SERGEANT MICHAEL ROSKOSCI,

    Defendant.

## ORDER

AND NOW, THIS 8th DAY OF AUGUST 2019, upon consideration of Plaintiff's filing titled "Reconsideration EN BANC / Or Notice Of Appeal To Contrary" (Doc. 60) and related documents, **IT IS HEREBY ORDERED THAT** Plaintiff's motion is **DENIED**.

Robert D. Mariani
United States District Judge